**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CYNTHIA L. POLLICK.  : No. 278 MAL 2023
:
     Petitioner  :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
    v.  :
:
:
ANTHONY P. TROZZOLILLO,  :
:
    Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.